UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

TYLER MALIEK ALLEN,

       Plaintiff,                     Case No. 1:25-cv-1456

v.                                       Honorable Ray Kent

UNKNOWN RUBLEY et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  December 2, 2025                 /s/ Ray Kent
                                                  Ray Kent
                                                  United States Magistrate Judge